## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

MONICA BETTS,                :    Case No. 3:25-cv-00122
                             :
        Plaintiff,           :    District Judge Thomas M. Rose
                             :    Magistrate Judge Caroline H. Gentry
vs.                          :
                             :
COPELAND                :
(FORMERLY EMERSON),    :
                             :
        Defendant.        :

## ORDER

Plaintiff recently paid the filing costs required to proceed with this case (Doc. No. 6), as ordered by the Court. (Doc. No. 5.) The case shall therefore proceed forward. The Clerk of Court is **DIRECTED** to file Plaintiff's Complaint separately on the docket. (*See* Doc. No. 1-1 at PageID 4-23.)

The next step in the case is for Plaintiff to serve Defendant with process or obtain a waiver of service. *See* Fed. R. Civ. P. 4(c)(1) ("A summons must be served with a copy of the complaint. The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service."); Fed. R. Civ. P. 4(d) ("Waiving Service"); S.D. Ohio Civ. R. 4.2 (concerning "Service or Waiver of Process"). The Clerk has already issued a summons for Plaintiff to use. (Doc. No. 7.)

Plaintiff previously submitted a United States Marshals Service form, perhaps anticipating that a marshal would serve Defendant for her. (*See* Doc. No. 1-4.) However, "[t]he Court is not required to order the United States Marshals Service to serve the defendant[] in this action because plaintiff is not proceeding *in forma pauperis*." *Syswerda v. Mnuchin*, No. 1:20-cv-471, 2020 WL 12746030, at *1 (W.D. Mich. June 5, 2020) (citing Fed. R. Civ. P. 4(c)(3)). As Plaintiff is not proceeding *in forma pauperis* here (*see* Doc. No. 5), she is responsible for accomplishing service of process (or obtaining a waiver) within the 90-day deadline imposed by Rule 4. *See* Fed. R. Civ. R. 4(m).[1] She should not delay. At this point, the undersigned expects that service on Defendant will be accomplished on or before **February 19, 2026**.

Plaintiff is **REMINDED** that she must notify the Court of any changes to her address while this case is pending. She may wish to consult the resources for *pro se* parties on the Court's website. *See* https://www.ohsd.uscourts.gov/pro-se.

**IT IS SO ORDERED**.

 *s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

---

[1] "Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).